UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-185
(3:21-cv-00498-DJN)
_____

MAXIMUS, INC.

      Petitioner

v.

SHAREY THOMAS; JENNIFER GILVIN; LAURA VICK; NYESHIA YOUNG; OLGA RAMIREZ; JENNIFER SALCIDO; JIMNELLY SALCEDO; BRENDA FOWLER; SHANNON GARNER, individually and on behalf of all others similarly situated

      Respondents

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wynn, Judge Thacker, and Judge Heytens.

      For the Court

      /s/ Patricia S. Connor, Clerk